# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**UNITED STATES OF AMERICA**　　　　　　　　　　　　　　**PLAINTIFF**

v.　　　　　　　　　　No. 4:18-cr-476-DPM-1

**THOMAS ADRINE IVRA**　　　　　　　　　　　　　　　　**DEFENDANT**
**Reg. No. 31072-076**

## ORDER

Motions, *Doc. 60 & 62*, denied. I cannot, as a general matter, reduce a term of imprisonment. 18 U.S.C. 3582(c). There are two exceptions to this rule: compassionate release and changes to the sentencing guidelines. Neither applies.

Ivra didn't exhaust his administrative rights before filing his motions. *See* 18 U.S.C. 3582(c)(1)(A). The exhaustion requirement is jurisdictional. *Doc. 197* in *United States v. Cox*, Case No. 4:98-cr-73-DPM (E.D. Ark. 8 September 2020). And, regardless, Irva hasn't shown any extraordinary and compelling reasons that could warrant a reduction of his sentence. There are no grounds for compassionate release.

The Sentencing Guidelines were recently amended. Some changes will be applied retroactively. But none of these changes apply to Irva. He was sentenced to the ten-year mandatory minimum.

So Ordered.

*DPMarshallJr.*
D.P. Marshall Jr.
United States District Judge

*15 November 2023*